# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CRYSTAL Y. FOWLKES                                              PLAINTIFF

vs.                          Case No. 4:08-CV-4161 BSM

CRYE-LEIKE, INC.;
CRYE-LEIKE OF ARKANSAS, INC.                                    DEFENDANTS

## ORDER

The motion of the Equal Employment Opportunity Commission ("EEOC") to quash the deposition subpoena issued by Defendants Crye-Leike, Inc. and Crye-Leike of Arkansas, Inc. (collectively "Crye-Leike") requiring EEOC investigator Margie Myers to submit to a deposition and to bring her investigation file (Doc. No. 24) is granted in part and denied in part. Myers shall submit to a deposition in her office, or some other place convenient to Myers, at a time that is mutually agreeable to Myers, Crye-Leike and Plaintiff Crystal Fowlkes. Myers, however, is not required to bring her investigation file. The parties are ordered to notify the court by 11:00 a.m. on Friday, January 22, 2010 if they are unable to agree as to a convenient time for Myers's deposition, and the court will set the date, time and place of the deposition.

IT IS SO ORDERED this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE