**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CRYSTAL Y. FOWLKES**                                                                                    **PLAINTIFF**

vs.                                    Case No. 4:08-CV-4161 BSM

**CRYE-LEIKE, INC.;
CRYE-LEIKE OF ARKANSAS, INC.**                                                          **DEFENDANTS**

**ORDER**

Defendants Crye-Leike, Inc. and Crye-Leike of Arkansas, Inc. move to compel certain discovery from plaintiff Crystal Y. Fowlkes ("Fowlkes") (Doc. No. 32). Fowlkes also moves to compel certain discovery from defendants (Doc. No. 34). Defendants' notice of withdrawal of their motion is denied insofar as it can be denied (Doc. No. 36). Defendant moves to strike Fowlkes's motion to compel (Doc. No. 37), and Fowlkes has responded (Doc. No. 40). Defendants' motion to strike Fowlkes's motion (Doc. No. 37) is denied. Even though Fowlkes's motion was filed late in the discovery period, it was filed in a timely manner.

The defendant's motion to compel production of Fowlkes's calendar (Doc. No. 32) is granted.

Having reviewed the relevant documents, Fowlkes's motion to compel (Doc. No. 34) is granted in part and denied in part as follows:

<u>Request for Production No. 6</u>. The motion to compel production of this request is denied insofar as Fowlkes seeks production of Employment Eligibility Verification Forms ("I-9" forms) filed with U.S. Citizenship and Immigration Services at the Department of

Homeland Security. The defendants are directed, however, to provide the number of their employees and their affiliates' employees to Fowlkes.

Requests for Production Nos. 8 and 9. The motion to compel production of these requests is granted. The defendants are directed to provide copies of their balance sheets for 2007 and 2008.

Requests for Production Nos. 10 and 11. The motion to compel production of these requests is granted. The defendants are directed to provide copies of their federal income tax returns for 2007 and 2008.

Request for Production No. 12. The motion to compel production of this request is denied.

IT IS SO ORDERED this 12th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE