**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CRYSTAL Y. FOWLKES**                                                **PLAINTIFF**

vs.                  **Case No. 4:08-CV-4161 BSM**

**CRYE-LEIKE, INC.;
CRYE-LEIKE OF ARKANSAS, INC.**                        **DEFENDANTS**

### ORDER

Defendants Crye-Leike, Inc. and Crye-Leike of Arkansas, Inc. request a protective order to preserve the confidentiality of financial information to be disclosed to plaintiff Crystal Y. Fowlkes (Doc. No. 55). It is hereby ordered:

1. This protective order shall govern the 2007 and 2008 federal income tax returns and balance sheets (hereinafter referred to as "confidential financial information") of defendants. The defendants were ordered to furnish this information in a February 12, 2010 order. The information is considered non-public, confidential and proprietary.

2. The confidential financial information shall not be disclosed in any manner to any person other than:

    a. Plaintiff's counsel;

    b. Supportive clerical personnel assisting plaintiff's counsel in this matter;

    c. Plaintiff, but only within 7 days of trial and to the extent reasonably necessary for the prosecution of this litigation.

Any individual receiving this confidential financial information is ordered not to disclose it to any third party and will be held in contempt if he/she violates this order.

3. At the end of the litigation, including any appeals, plaintiff and plaintiff's counsel shall return the confidential financial information, including all copies, summaries and abstracts, to the defendants within forty-five (45) days after termination of this action. If the confidential financial information is contained in any pleadings, attorney work product, or any documents needed to satisfy and inform plaintiff's counsel's malpractice insurance carrier, those documents will not have to be submitted to the defendants.

4. The terms of this order do not apply to the use of the confidential financial information at trial or at evidentiary hearings. The treatment of the confidential financial information at trial or at evidentiary hearings shall be addressed during those hearings.

IT IS SO ORDERED this 25th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE