IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRYSTAL Y. FOWLKES**                                                                 **PLAINTIFF**

vs.                            Case No. 4:08-CV-4161 BSM

**CRYE-LEIKE, INC.;**
**CRYE-LEIKE OF ARKANSAS, INC.**                                          **DEFENDANTS**

## ORDER

Pursuant to the order of March 16, 2010, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against the defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE