IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CRYSTAL Y. FOWLKES**                                                         **PLAINTIFF**

v.                 **CASE NO. 4:08CV04161 BSM**

**CRYE-LEIKE, INC.;**
**CRYE-LEIKE OF ARKANSAS, INC.**            **DEFENDANTS**

**CRYE-LEIKE, INC.;**
**CRYE-LEIKE OF ARKANSAS, INC.**            **COUNTERCLAIMANTS**

v.

**CRYSTAL Y. FOWLKES**                                             **COUNTERDEFENDANT**

## ORDER

On March 16, 2010, plaintiff Crystal Y. Fowlkes's claims against defendants-counterclaimants were dismissed with prejudice. [Doc. Nos. 73, 74]. A counterclaim filed against Fowlkes, however, remains pending. After reviewing the pleadings and the record as a whole, the counterclaim [Doc. No. 31] is hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE