IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CRYSTAL Y. FOWLKES**                                                                                       **PLAINTIFF**

v.                              **CASE NO. 4:08CV04161 BSM**

**CRYE-LEIKE, INC.;**
**CRYE-LEIKE OF ARKANSAS, INC.**                                              **DEFENDANTS**

**CRYE-LEIKE, INC.;**
**CRYE-LEIKE OF ARKANSAS, INC.**                                              **COUNTERCLAIMANTS**

v.

**CRYSTAL Y. FOWLKES**                                                                      **COUNTERDEFENDANT**

## JUDGMENT

Pursuant to the order entered today, Crye-Leike, Inc.'s and Crye-Leike of Arkansas, Inc.'s counterclaim is dismissed with prejudice, and the relief sought is denied.

Dated this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE